[No. 26753-5-II. Division Two. April 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL TERRANCE CLAYPOOL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-02295-0, Thomas Felnagle, J., entered November 22, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.

[No. 27206-7-II. Division Two. April 12, 2002.]

ARLENE R. McCLOUD, *Respondent*, v. HWE-QWI-DI H. McCLOUD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-3-02339-1, Kitty-Ann van Doorninck, J., entered March 16, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.

[No. 27208-3-II. Division Two. April 12, 2002.]

PAULA BOND, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-02000-3, Daniel J. Berschauer, J., entered March 9, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Houghton, JJ. Now published at 111 Wn. App. 566.

[No. 27345-4-II. Division Two. April 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY LEVI RANDOLL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-00339-7, Leonard W. Costello, J., entered May 9, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Bridgewater, J. Now published at 111 Wn. App. 578.